| | |
|---|---|
| JEFFREY JACKSON, identified on initiating document as Jeffrey Jackson-El, | Case No. 1:10-cv-1081 |
| Plaintiff, | HON. JANET T. NEFF |
| v | |
| HILLARY CLINTON, | |
| Defendant. _____/ | |

## ORDER OF DISMISSAL

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 8) are DENIED, and the Report and Recommendation (Dkt 5) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated.

**IT IS FURTHER ORDERED** that plaintiff's Motion to Amend Basis of Jurisdiction (Dkt 7) is DENIED as moot.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Order would not be taken in good faith.

Dated: February 18, 2011         /s/ Janet T. Neff
                                 JANET T. NEFF
                                 United States District Judge